# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 10, 2016

## NO. 03-15-00435-CR

**Desmond F. Moore, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND PEMBERTON**
**AFFIRMED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the trial court's order placing appellant on community supervision. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order placing appellant on community supervision. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.